# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO DIAZ-FLORES,<br><br>    Defendant. | 2:11-cr-0399-LDG-GWF<br><br>ORDER |

The United States has filed a motion to dismiss the indictment against the defendant pursuant to Fed. R. Crim. P. 48 (#16, non-opposition #17). Accordingly,

THE COURT HEREBY ORDERS that the motion to dismiss (#16) is GRANTED, and that the indictment is DISMISSED.

THE COURT FURTHER DIRECTS the Bureau of Prisons to release the defendant as soon as possible.

Dated this __30__ day of November, 2011.

_____
Lloyd D. George
United States District Judge